IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§

## ORDER REGARDING DII DOCKET

Civil and criminal cases on the DII Docket shall be randomly assigned between Judge Robert Pitman (RP), Judge Alan Albright (ADA), and Senior Judge David Ezra (DAE) in accordance with the percentage shares provided by the Amended Order Assigning the Business of the Court on January 31, 2025. For clarification, Judge Pitman shall be assigned 40% of the DII docket; Judge Albright shall be assigned 40% of the DII docket; and Judge Ezra shall be assigned 20% of the DII docket. This Order and the Amended Order Assigning the Business of the Court on January 31, 2025 effectively dissolve the DII docket.

**SIGNED** on February 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE