IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL TEAGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8, and<br><br>TROY WENZEL, individually and in his official capacity as Fire Chief for Travis County Emergency Services District 8,<br><br>    Defendants. | CIVIL ACTION NO. 1:23-cv-01053-DII |

**PLAINTIFF'S NOTICE OF ACCEPTANCE
OF DEFENDANTS' OFFER OF JUDGMENT**

Plaintiff Michael Teague files this Notice pursuant Rule 68(a) of the Federal Rules of Civil Procedure and provides the following information:

1. On May 19, 2025, Defendants Travis County Emergency Services District 8 ("ESD 8") and Troy Wenzel submitted an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. A copy of the Offer of Judgment is attached as Exhibit A.

2. On May 20, 2025, Plaintiff's counsel provided written notice to Defendants that Plaintiff accepted Defendants' Offer of Judgment. Counsel for ESD 8 acknowledged receipt of Plaintiff's written notice on May 20, 2025.

Accordingly, Plaintiff respectfully requests that the Clerk of Court enter judgment against both Defendants ESD 8 and Troy Wenzel pursuant to Rule 68(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Sammy Sugiura
Sammy Y. Sugiura
MOONEY, GREEN, SAINDON,
MURPHY & WELCH, P.C.
1620 Eye Street, NW, STE 700
Washington, DC 20006
Phone: 202-783-0010
Fax: 202-7883-6088
ssugiura@mooneygreen.com

COUNSEL FOR PLAINTIFF

Date:  June 3, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025 a copy of the foregoing Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Sammy Y. Sugiura
Sammy Y. Sugiura