IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL TEAGUE,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 1:23-cv-1053-DII |
| **TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8 and TROY WENZEL,** | § § § § § | |
| Defendants | § | |

## RULE 68 OFFER

TO:  Plaintiff Michael Teague, by and through his attorneys of record, Matthew B. Bachop (mbachop@ddollaw.com) and Sammy Y. Sugiura (ssugiura@mooneygreen.com)

Please take notice that, while Defendants deny any wrongdoing, in the interest of avoiding the time, expense, and uncertainty of litigation, and pursuant Fed. R. Civ. P. 68 and its cost shifting provisions, Defendants jointly offer to allow judgment to be taken against them in this matter for the total sum of $250,000, inclusive of all Plaintiff's costs now accrued, all Plaintiff's reasonable and necessary attorneys' fees now accrued, and all pre-judgment interest.

Per Rule 68, this offer, if not accepted in writing within 14 days of service, shall be considered withdrawn.

1

Respectfully submitted,

*/s/ Kevin S. Mullen*
Kevin S. Mullen
Texas Bar No. 24032892

THE MULLEN FIRM PLLC
500 N. Capital of Texas Hwy.
Bldg. 2 – Ste 211
Austin, TX 78746
512.537.7959 (Telephone)
kevin@themullenfirm.com

**ATTORNEY FOR DEFENDANT TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8**

*/s/ Stacy Hoffman Bruce*
*(w/ permission by KSM)*
Stacy Hoffman Bruce
Texas Bar No. 24036793
COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Phone: 214-220-5210
Fax: 214-220-5299
sbruce@cobbmartinez.com

**ATTORNEY FOR DEFENDANT TROY WENZEL**

### CERTIFICATE OF SERVICE

On May 19, 2025, at about 11 AM CDT, I emailed the foregoing document all counsel of record, who have agreed in writing to service via email.

*/s/ Kevin S. Mullen*
Kevin S. Mullen

2