# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**MICHAEL TEAGUE,**                                §
                                                   §
      **Plaintiff,**                      §
                                                   §
**v.**                                             §     **CIVIL NO. A-23-CV-01053-ADA**
                                                   §
**TRAVIS COUNTY EMERGENCY**                        §
**SERVICES DISTRICT 8, TROY**                      §
**WENZEL, INDIVIDUALLY AND IN**                    §
**HIS CAPACITY AS THE FORMER**                     §
**FIRE CHIEF FOR TRAVIS COUNTY**                   §
**EMERGENCY SERVICES DISTRICT**                    §
**8;**                                             §
                                                   §
      **Defendants.**                     §
                                                   §

## <u>FINAL JUDGMENT</u>

On June 3, 2025, Plaintiff Michael Teague filed a Notice of Acceptance of Defendants Travis County Emergency Services District 8 and Troy Wenzel Offer of Judgment. ECF No. 47; ECF No. 47-1.

Accordingly, **IT IS ORDERED** that the Clerk of Court shall enter judgment against Defendants under Rule 68 in the amount of two hundred and fifty thousand dollars ($250,000), which is inclusive of all Plaintiff's costs, reasonable and necessary attorney's fees, and pre-judgment interest.

     **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** this 4th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE