IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL TEAGUE,<br>*Plaintiff,*<br><br>vs.<br><br>TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8, TROY WENZEL, INDIVIDUALLY AND IN HIS CAPACITY AS THE FORMER FIRE CHIEF FOR TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8<br>*Defendants*. | § § § § § § § § § § § § § § | Civil No. 1:23-cv-01053-ADA |

## CLERK'S JUDGMENT

BE IT REMEMBERED on the 4th day of June 2025 the Court entered Final Judgment (Dkt. 48). The Clerk of the Court having been **ORDERED** to enter judgment, enters the following:

Judgment is hereby entered against Defendants under Rule 68 in the amount of two hundred and fifty thousand dollars ($250,000), which is inclusive of all Plaintiff's costs, reasonable and necessary attorney's fees, and pre-judgment interest.

The case is now **CLOSED**.

**SIGNED** this 4th day of June, 2025.

PHILIP J. DEVLIN,
CLERK OF THE COURT

BY: /s/ Christian Rodriguez
CHRISTIAN RODRIGUEZ
DEPUTY CLERK

