IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL TEAGUE, | § § § § § § § § § § § | |
| Plaintiff | | |
| vs. | | CIVIL ACTION NO. 1:23-cv-1053-ADA |
| TRAVIS COUNTY EMERGENCY SERVICES DISTRICT 8 and TROY WENZEL, | | |
| Defendants | | |

## SATISFACTION OF JUDGMENT

On June 3, 2025, Plaintiff Michael Teague ("Teague") filed Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (ECF 47; 47-1). Accordingly, final judgment was entered in this action on June 4, 2025 [ECF 48], in favor of Teague and against Defendants Travis County Emergency Services District 8 ("TCESD8") and Troy Wenzel ("Wenzel"), in the principal amount of $250,000 ("Judgment Amount"), inclusive of all costs, interest, and attorneys' fees. By check dated June 20, 2025, Defendants have paid Plaintiff and his attorneys the Judgment Amount. As a result, Plaintiff acknowledges that the Judgment Amount has been paid and satisfied.

THEREFORE, complete satisfaction of the final judgment is acknowledged by Plaintiff and the Clerk of this Court is authorized and directed to make an entry of the satisfaction and release of the judgment on the docket.

Respectfully submitted,

*s/ Sammy Y. Sugiura*
Sammy Y. Sugiura
MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.
1920 L Street, NW, STE 400
Washington, DC 20036
Phone: 202-783-0010
Fax: 202-7883-6088
ssugiura@mooneygreen.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On July 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court, which results in the service of all parties via their counsel of record.

*s/ Sammy Y. Sugiura*
Sammy Y. Sugiura

2